THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Wilbur Xavier Castro
 Summers, Appellant.
 
 
 

Appeal From Spartanburg County
 Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2009-UP-138
Submitted March 2, 2009  Filed March 10,
 2009    
AFFIRMED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 
 Senior Assistant Attorney General Norman Mark Rapoport, all of
 Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Wilbur Xavier Castro Summers appeals his conviction
 and sentence for trafficking
 in marijuana, arguing the trial court
 erred in instructing the jury on conspiracy because the evidence did not
 support a conspiracy charge.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: Sheppard v.
 State, 357 S.C. 646, 665, 594 S.E.2d 462, 472-73 (2004) (holding a
 trial court is required to charge only the current and correct law of South
 Carolina); State v. Aleksey, 343 S.C. 20, 27, 538 S.E.2d 248,
 251 (2000) (explaining jury instructions should be considered as a whole,
 and if as a whole they are free from error, any isolated portions which may be
 misleading do not constitute reversible error); State v. Brown, 362 S.C.
 258, 262, 607 S.E.2d 93, 95 (Ct. App. 2004) (stating the law to be charged to the
 jury is determined by the evidence presented at trial, and if any evidence
 supports a jury charge, the trial court should grant the request).  
AFFIRMED.
SHORT, THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.